■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ARPINO, Appellant.—Judgment of the Supreme Court, Queens County, rendered November 7, 1975, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Cohalan, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.